UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

ELIZABETH FIGUEROA & JOSE FIGUEROA,

                Plaintiffs,

- against -

CHASE BANK USA, N.A.,

                Defendant.

---

Case No. 3:12-cv-00119 (RNC)

August 16, 2012

## STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED,** by and between the attorneys for the undersigned parties, pursuant to Fed.R.Civ.P. 41, that this action is dismissed with prejudice as against defendant Chase Bank USA, N.A., without costs to any party as against the other. This Stipulation may be filed with the Court without further notice. A facsimile or electronically transmitted copy of this Stipulation shall be deemed an original.

Dated: Garden City, New York
          August 16, 2012

CONSUMER LAW GROUP, LLC
*Attorneys for Plaintiffs*
*Elizabeth Figueroa and Jose Figueroa*

By: _____
     Daniel S. Blinn, Esq.
35 Cold Spring Rd., Suite 512
Rocky Hill, CT 06067-9997
(860) 571-0408
dblinn@consumerlawgroup.com

STAGG, TERENZI, CONFUSIONE &
WABNIK, LLP
*Attorneys for Defendant*
*Chase Bank USA, N.A.*

By: _____
     Sahar H. Shirazi, Esq.
401 Franklin Avenue, Suite 300
Garden City, New York 11530
(516) 812-4500
sshirazi@stcwlaw.com

SO-ORDERED

_____